**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
  E-Mail: Shane.Singh@lewisbrisbois.com
ASHLEY N. ARNETT, SB# 305162
  E-Mail: Ashley.Arnett@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant,
STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>NEIL B. GOODHUE, Trustee of the Sandringham Trust UTD August 4, 1999; DIANE C. GOODHUE, Trustee of the Sandringham Trust UTD August 4, 1999; EDWARD MAURICE PLANT III, Trustee of the Woodbury Drive Revocable Trust of 1999 dated March 4, 1999; STARBUCKS CORPORATION, a Washington Corporation; and DOES 1-10,<br><br>    Defendants. | CASE NO. 4:16-cv-724 DMR<br><br>**STIPULATION TO VACATE SETTLEMENT CONFERENCE AND ORDER** |

TO: The Honorable Court:

The parties, by and through their counsel of record, hereby stipulate to and request that the Court vacate the January 17, 2018, Settlement Conference. This request is based on the fact that Defendant plans a dispositive motion and settlement discussions would be futile.

The parties are also meeting and conferring to provide the Court with a mutually agreed upon new date and will ensure that the Court is available to conduct the settlement conference in late June or early July 2018, all in advance of the final pre-trial and trial dates.

DATED: January 8, 2018          CENTER FOR DISABILITY ACCESS

By:     */s/ Phyl Grace, Esq.*
        Phyl Grace
        Attorneys for Plaintiff,
        SCOTT JOHNSON

DATED: January 8, 2018          LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     */s/ Shane Singh, Esq.*
        Shane Singh
        Attorneys for Defendant,
        STARBUCKS CORPORATION

**ORDER**

Based on the stipulation of the parties, IT IS SO ORDERED. The parties shall notify the Court as soon as possible with a new date and ensure that the Court is available to conduct the settlement conference.

DATED: January _8_, 2018

_____
HONORABLE KANDIS A. WESTMORE