UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,
    Plaintiff,

v.

STARBUCKS CORPORATION,
    Defendant.

Case No. 16-cv-00724-DMR

**ORDER TO SHOW CAUSE**

On August 17, 2018, Defendant Starbucks Corporation filed a letter in which it alleges that Plaintiff may have improperly withheld evidence in this case and may lack standing to bring his claims in this action. [Docket No. 123.] On August 20, 2018, the court ordered Plaintiff Scott Johnson to file a response to the letter by no later than August 23, 2018. [Docket No. 124.] No such response has been filed. IT IS HEREBY ORDERED that by August 29, 2018, Plaintiff shall submit a statement explaining why he should not be sanctioned for failing to comply with the court's August 20, 2018 order.

**IT IS SO ORDERED.**

Dated: August 24, 2018



Donna M. Ryu
United States Magistrate Judge